```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA


XU CRUDGINGTON, an individual,     )   Case No. 2:10-cv-00989-ECR-RJJ
                                   )
     Plaintiff,                    )   MINUTES OF THE COURT
                                   )
vs.                                )   DATE: October 21, 2010
                                   )
GOLDEN GATE CASINO LLC, a Nevada   )
Limited Liability Company and DOES )
I through X, inclusive, and ROE    )
Corporations I-X, inclusive,       )
                                   )
     Defendants.                   )
_____)


PRESENT:       EDWARD C. REED, JR.                 U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN         Reporter:      NONE APPEARING

Counsel for Plaintiff(s)                  NONE APPEARING

Counsel for Defendant(s)                  NONE APPEARING
```

<u>MINUTE ORDER IN CHAMBERS</u>

On September 15, 2010, we entered an Order (#8) noting that Plaintiff has failed to respond to Defendant's motion to dismiss (#6) within the time required by the rules of the Court.  We gave Plaintiff an additional period of fourteen days to respond to the motion and show excusable neglect for having failed to timely respond.  Plaintiff has failed to comply with out Order; the motion appears to be facially well taken.

**IT IS, THEREFORE, HEREBY ORDERED** that Defendant's motion to dismiss (#6) is **<u>GRANTED</u>**.  Plaintiff's first state claim for intentional infliction of emotional distress, third state claim for negligent infliction of emotional distress and third federal claim for discrimination and retaliation under the Thirteenth Amendment are dismissed.  The case will proceed with respect to the remaining claims not dismissed by this Order.

                                        LANCE S. WILSON, CLERK

                                        By      /s/
                                             Deputy Clerk