Gary C. Moss, Bar No. 4340
mossg@jacksonlewis.com
Lisa A. McClane, Bar No. 10139
lisa.mcclane@jacksonlewis.com
**JACKSON LEWIS LLP**
3960 Howard Hughes Parkway
Suite 450
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| XU CRUDGINGTON, an individual, | Case No. 2:10-cv-00989-ECR-RJJ |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF'S COMPLAINT WITH PREJUDICE** |
| GOLDEN GATE CASINO LLC, a Nevada Limited Liability and DOES I through X, inclusive, and ROE CORPORATIONS I-X, inclusive, | |
| | ORDER GRANTING |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff XU Crudgington and Defendant Golden Gate Casino LLC., through their undersigned counsel of record, that the above-entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs. Plaintiff specifically retains her right to challenge her termination through the union grievance process.

Dated this 19th day of January, 2010.

LAW OFFICES OF RYAN ALEXANDER PLLC            JACKSON LEWIS LLP

_____                      _____
Ryan Alexander, Esq., #10845                   Gary C. Moss, Bar # 4340
520 South Fourth Street, Suite 340             Lisa A. McClane, Bar # 10139
Las Vegas, Nevada 89101                        3960 Howard Hughes Parkway, Ste. 450
*Attorneys for Plaintiff*                      Las Vegas, Nevada 89169
                                               *Attorneys for Defendant*

JACKSON LEWIS LLP
LAS VEGAS

2011/JAN/19/WED 09:21 AM                                                P. 003

## APPROVAL BY THE BANKRUPTCY TRUSTEE

The undersigned Bankruptcy Trustee has reviewed and hereby approves the Stipulation and Order for Dismissal in the above-entitled matter.

_David A. Rosenberg_
David A. Rosenberg
3030 Paradise Road, #B-215
Las Vegas, Nevada 89119
(702) 405-7312

## ORDER OF DISMISSAL

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled matter is dismissed with prejudice and each party to bear its own attorneys' fees and costs.

DATED this 20th day of January, 2011.

_Edward C. Reed_
U.S. District Judge

JACKSON LEWIS LLP
LAS VEGAS

-2-